IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Harvey, Tasha L | Case Number:  06 B 03454 |
| | Judge:  Squires, John H |
| Printed: 02/24/09 | Filed:  4/3/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: January 22, 2009
Confirmed: May 24, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 38,785.00 | |
| Secured: | | 24,952.25 |
| Unsecured: | | 9,135.63 |
| Priority: | | 0.00 |
| Administrative: | | 1,900.00 |
| Trustee Fee: | | 2,206.01 |
| Other Funds: | | 591.11 |
| Totals: | 38,785.00 | 38,785.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Schottler & Zukosky | Administrative | 1,900.00 | 1,900.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Credit Union One | Secured | 19,571.86 | 19,571.86 |
| 4. | Aaron Rents | Secured | 956.46 | 956.46 |
| 5. | Chase Home Finance | Secured | 4,423.93 | 4,423.93 |
| 6. | Aspen Gold Mastercard | Unsecured | 502.35 | 502.35 |
| 7. | American Financial Corp | Unsecured | 994.35 | 994.35 |
| 8. | Asset Acceptance | Unsecured | 1,196.06 | 0.00 |
| 9. | United States Dept Of Education | Unsecured | 2,387.20 | 2,387.20 |
| 10. | Receivables Management Inc | Unsecured | 887.01 | 887.01 |
| 11. | Phone Co Credit Union | Unsecured | 559.87 | 559.87 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 1,200.00 | 1,200.00 |
| 13. | Resurgent Capital Services | Unsecured | 688.90 | 688.90 |
| 14. | Nicor Gas | Unsecured | 741.35 | 741.35 |
| 15. | Credit Union One | Unsecured | 1,174.60 | 1,174.60 |
| 16. | Schottler & Zukosky | Priority | | No Claim Filed |
| 17. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 18. | CMI | Unsecured | | No Claim Filed |
| 19. | Pay Day Loan Direct | Unsecured | | No Claim Filed |
| 20. | Orchard Bank | Unsecured | | No Claim Filed |
| 21. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 22. | Receivables Management Inc | Unsecured | | No Claim Filed |
| | | | $ 37,183.94 | $ 35,987.88 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Harvey, Tasha L

Printed: 02/24/09

Case Number: 06 B 03454
Judge: Squires, John H
Filed: 4/3/06

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 26.28 |
| 5% | 116.62 |
| 4.8% | 166.17 |
| 5.4% | 898.78 |
| 6.5% | 660.96 |
| 6.6% | 337.20 |
| | $ 2,206.01 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

